# PD-1265-15

Cause No. _____

KEVIN FAHRNI                     §          THE COURT OF CRIMINAL APPEALS

VS                               §                AUSTIN, TEXAS

THE STATE OF TEXAS               §

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

## MOTION FOR PDR EXTENSION

COMES NOW, Kevin Fahrni #1941419, pro-se, requesting a sixty day (60) extension and out of time to file his Petition For Discretionary Review (PDR) for the reasons that follow:

FILED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

1. Petitioner was AFFIRMED on his Direct Appeal from the Court of Appeals Sixth District of Texarkana in Cause No. 06-14-00148-CR on August 31, 2015.

2. Petitioner's unit had been on security lockdown from July 28, 2015 to September 1, 2015 and he did not get notice of the Court's ruling until September 10, 2015.

3. Petitoner's attorney is taking a leave of vacation and unable to be reached until September 25, 2015. The unit's offender phone system had been turned off through September 11, 2015 and the attorney is not receiving any calls as of yet.

4. Petitioner is awaiting word if his attorney is filing anything at all on his PDR or if the Petitioner will act as pro-se, therefore, he is requesting a sixty (60) day extension and out of time to file for the lack of the Court of Appeals notice and his attorney's absence; and or, to prepare a proper pro-se brief for this court.

Kevin Fahrni
Pro-Se #1941419
Estelle Unit